1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4      150 Almaden Blvd., Suite 900
       San Jose, California 95113
5      Telephone: (408) 535-5082
       FAX: (408) 535-5081
6      claire.cormier@usdoj.gov

7  Specially appearing for
   Federal Defendants

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          EUREKA DIVISION

12  BROOKTRAILS TOWNSHIP              )   No. C12-5576 NJV
    COMMUNITY SERVICES DISTRICT, a    )
13  public agency,                    )   STIPULATION AND [~~PROPOSED~~]
                                      )   ORDER EXTENDING TIME TO
14          Plaintiff,                )   RESPOND TO COMPLAINT AND
                                      )   CONTINUING INITIAL CASE
15       v.                           )   MANAGEMENT CONFERENCE
                                      )
16  UNITED STATES DEPARTMENT OF       )
    AGRICULTURE, RURAL                )
17  DEVELOPMENT; JOSEPH SHUNK,        )
                                      )
18          Defendants.               )

19

20        The parties previously stipulated that the defendants would have an extension of time

21  December 31, 2012 to answer, move, or otherwise respond to the Complaint for Injunctive Relief

22  ("Complaint") in this action if certain partial production of documents was done.  That

23  production was done, and defendant USDA has committed to a further rolling production with

24  the plan of completing the response and production relating to plaintiff's Freedom of Information

25  Act request by January 18, 2013.  The parties are hopeful that this rolling production may lead to

26  the dismissal of this action.

27        In order to allow for the completion of the production and plaintiff's review of the

28  documents and any claimed exemptions, the parties wish to further extend the deadline for

1  defendants' response to the Complaint, as well as the initial case management conference,
2  currently scheduled for January 29, 2013.
3      Accordingly, pursuant to Civil Local Rule 6-1(a), the parties to this action hereby
4  stipulate and request that the defendants shall have an extension of time to January 31, 2013 to
5  answer, move, or otherwise respond to the Complaint.
6      The parties further stipulate and request that the initial case management conference,
7  currently scheduled to take place on January 29, 2013, be continued to February 26, 2013, and
8  that the related case management dates be continued accordingly.
9      IT IS SO STIPULATED.

10                      Respectfully submitted,
11  DATED: December 17, 2012        NEARY and O'BRIEN
12                      /s/ Christopher J. Neary
                        _____
13                      CHRISTOPHER J. NEARY
                        Attorney for Plaintiffs
14  DATED: December 18, 2012        MELINDA HAAG
15                      United States Attorney
16                      /s/ Claire T. Cormier
                        _____
17                      CLAIRE T. CORMIER[1]
                        Assistant United States Attorney
18

19              **[PROPOSED] ORDER**
20
    Pursuant to the stipulation of the parties and good cause appearing, the deadline for
21
    defendants to answer, move, or otherwise respond to the Complaint in this action is extended to
22
    January 31, 2013.  The initial case management conference is continued to February 26, 2013,
23
    and other case management deadlines are extended accordingly.
24

25
    DATE: December 19, 2012         
26                      _____
                        NANDOR J. VADAS
27                      United States Magistrate Judge

28
    ----------------------------------
    [1] I, Claire T. Cormier, hereby attest that Mr. Neary authorized me to electronically sign
    this document on his behalf.

STIPULATION AND [PROPOSED] ORDER RE ANSWER AND CMC CONTINUANCE
Case No. C12-5576 NJV                                        2