```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2  ALEX G. TSE (CSBN 152348)
    Chief, Civil Division
 3  CLAIRE T. CORMIER (CSBN 154364)
    Assistant United States Attorney
 4      150 Almaden Blvd., Suite 900
        San Jose, California 95113
 5      Telephone: (408) 535-5082
        FAX: (408) 535-5081
 6      claire.cormier@usdoj.gov

 7  Specially appearing for
    Federal Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BROOKTRAILS TOWNSHIP COMMUNITY SERVICES DISTRICT, a public agency, | No. C12-5576 NJV |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL DEVELOPMENT; JOSEPH SHUNK, | |
| Defendants. | |

The parties previously stipulated that the defendants would have an extension of time December 31, 2012 to answer, move, or otherwise respond to the Complaint for Injunctive Relief ("Complaint") in this action if certain partial production of documents was done.  That production was done, and defendant USDA has committed to a further rolling production with the plan of completing the response and production relating to plaintiff's Freedom of Information Act request by January 18, 2013.  The parties are hopeful that this rolling production may lead to the dismissal of this action.

In order to allow for the completion of the production and plaintiff's review of the documents and any claimed exemptions, the parties wish to further extend the deadline for

1  defendants' response to the Complaint, as well as the initial case management conference,
2  currently scheduled for January 29, 2013.
3      Accordingly, pursuant to Civil Local Rule 6-1(a), the parties to this action hereby
4  stipulate and request that the defendants shall have an extension of time to January 31, 2013 to
5  answer, move, or otherwise respond to the Complaint.
6      The parties further stipulate and request that the initial case management conference,
7  currently scheduled to take place on January 29, 2013, be continued to February 26, 2013, and
8  that the related case management dates be continued accordingly.
9      IT IS SO STIPULATED.

                              Respectfully submitted,

DATED: December 17, 2012        NEARY and O'BRIEN

                              /s/ Christopher J. Neary
                              _____
                              CHRISTOPHER J. NEARY
                              Attorney for Plaintiffs

DATED: December 18, 2012        MELINDA HAAG
                              United States Attorney

                              /s/ Claire T. Cormier
                              _____
                              CLAIRE T. CORMIER[1]
                              Assistant United States Attorney

### [PROPOSED] ORDER

    Pursuant to the stipulation of the parties and good cause appearing, the deadline for defendants to answer, move, or otherwise respond to the Complaint in this action is extended to January 31, 2013.  The initial case management conference is continued to February 26, 2013, and other case management deadlines are extended accordingly.

DATE: December 19, 2012         _____
                              NANDOR J. VADAS
                              United States Magistrate Judge



---

[1]  I, Claire T. Cormier, hereby attest that Mr. Neary authorized me to electronically sign this document on his behalf.