MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Specially appearing for
Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BROOKTRAILS TOWNSHIP COMMUNITY SERVICES DISTRICT, a public agency, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL DEVELOPMENT; JOSEPH SHUNK, <br><br> Defendants. | No. C12-5576 NJV <br><br> STIPULATION OF DISMISSAL & ORDER PURSUANT TO FRCP 41(a)(1)(A)(ii) |

    IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). All parties shall bear their own costs and fees.

                                        Respectfully submitted,

DATED: February 22, 2013         NEARY and O'BRIEN

                                        /s/ Christopher J. Neary

                                        CHRISTOPHER J. NEARY
                                        Attorney for Plaintiffs

DATED:                                MELINDA HAAG
                                        United States Attorney

                                        /s/ Claire T. Cormier

                                        CLAIRE T. CORMIER
                                        Assistant United States Attorney

DATED: February 25, 2013

IT IS SO ORDERED
Judge Nandor J. Vadas